

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00565-CV

David McIntyre and Madeleine Connor
v.
Eric Castro, et al.

On Appeal from the
419th District Court of Travis County, Texas
Trial Cause No. D-1-GN-15-003714

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants David McIntyre and Madeleine Connor.

We further order this decision certified below for observance.

September 6, 2018